1  McGREGOR W. SCOTT
   United States Attorney
2  E. ROBERT WRIGHT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2702

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SODA MOUNTAIN WILDERNESS COUNCIL and KLAMATH FOREST ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the United States Department of Interior; KATHLEEN CLARKE, Director of the Bureau of Land Management; STEVEN ANDERSON, Redding Resource Area Manager; DEPARTMENT OF THE INTERIOR, and BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | No. CIV-S-04-2583 LKK CMK <br><br> **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

At the request of defendants, the parties hereto thorough counsel stipulate and agree to modification of the Scheduling Order of April 7, 2005, to allow the defendants to file the Administrative Record by May 3, 2005.  The Order presently requires the Record to be filed by April 22, 2005.

The parties through counsel further request that Plaintiffs still have twenty days to file objections from the filing of the record.

1

1     The parties through counsel also request that:

2  1.    the date for completion of discovery be extended from May 30, 2005 to June 10,
3       2005;
4  2.    the date for filing cross-motions for summary judgment be extended from July 15,
5       2005, to July 27, 2005; and
6  3.    the hearing date be changed from August 29, 2005, to a date in September 2005, as
7       set by the Court.

8     Good cause for this request is as follows: agency counsel advised the undersigned
9 defense counsel today that her review of what the agency submitted to her indicates that
10 the Administrative Record is at present, incomplete.  The Agency reports that it will take
11 as much as ten additional days to insure completeness of the Record and also complete
12 the indexing and copying.  The agency reports that the Bureau of Land Management
13 employee, Glen Miller, with primary responsibility for assembling the Administrative
14 Record was undergoing a personal situation involving first the illness, and then the death,
15 of his father which has made it impossible to achieve the schedule set forth in the
16 Scheduling Order.  Compiling the Record has been made more difficult because of the
17 volume of comment received on the project..

18

19 Dated: April 22, 2005                   Respectfully submitted,
                                           McGREGOR W. SCOTT
20                                            UNITED STATES ATTORNEY

21

22                             By:    /s/ E. Robert Wright
                                           E. ROBERT WRIGHT
23                                            Assistant United States Attorney

24

25 Dated: April 22, 2005                   /s/ William H. Sherlock
                                           William H. Sherlock, OR Bar No. 90381
26                                            Hutchinson, Cox, Coons, DuPriest,
                                           Orr & Sherlock, P.C.
27

28

ORDER

BASED UPON the parties' stipulation and good cause shown,

IT IS ORDERED that dates in the Scheduling Order of April 7, 2005, are hereby modified as follows:

|  | FORMER DATE | NEW DATE |
|---|---|---|
| Filing of Administrative Record: | April 22, 2005 | May 3, 2005 |
| Completion of Discovery: | May 30, 2005 | June 10, 2005 |
| Filing cross-motions for summary judgment: | July 15, 2005 | July 27, 2005 |

The hearing presently set for August 29, 2005, will be held on September 9, 2005, at 10:00 a.m. in Courtroom No. 4.

All other provisions of the Status (Pretrial Scheduling) Conference Order filed April 7, 2005, remain in effect and are unchanged..

IT IS SO ORDERED.

DATED: April 27, 2005
/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
U.S. DISTRICT COURT