```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  SODA MOUNTAIN WILDERNESS
    COUNCIL,
12                                         NO. CIV. S-04-2583 LKK/CMK
13            Plaintiff,
14       v.                                         O R D E R
15  GAIL NORTON, et al.,
16            Defendants.
                                    /
17
```

18      On May 25, 2005, plaintiffs objected to the administrative
19 record and moved to compel defendants to include additional
20 documents in the record.  Defendants are directed to either file
21 an opposition, or lodge the administrative record (and file a
22 statement of non-opposition to the motion to compel) by 4:00 p.m.
23 on June 24, 2005.
24 ///
25 ///
26 ///

1    If defendants file an opposition, plaintiffs will file their
2 reply, if any, by July 1, 2005 at 4:00 p.m.  The court will decide
3 the motion to compel without oral argument.
4
5    IT IS SO ORDERED.
6    DATED:  June 14, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
for LAWRENCE K. KARLTON

2