UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SODA MOUNTAIN WILDERNESS COUNCIL,

        Plaintiff,

  v.

GAIL NORTON, et al.,

        Defendants.

                                /

NO. CIV. S-04-2583 LKK/CMK

O R D E R

On May 25, 2005, plaintiffs filed their objection to the administrative record and a motion to compel inclusion of additional documents. On June 14, 2005, the Honorable Morrison C. England, Jr., issued an order on behalf of the undersigned requiring defendants to file either the documents requested in plaintiffs' motion to compel or an opposition thereto.

On June 22, 2005, defendants lodged with the court the documents at issue in plaintiffs' motion to compel. Because the documents at issue have now been filed with the court, plaintiffs'

1

1 motion to compel inclusion is satisfied and the administrative
2 record stands complete.
3     IT IS SO ORDERED.
4     DATED: July 15, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT