McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2702

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SODA MOUNTAIN WILDERNESS COUNCIL and KLAMATH FOREST ALLIANCE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GALE NORTON, Secretary of the United States Department of Interior; KATHLEEN CLARKE, Director of the Bureau of Land Management; STEVEN ANDERSON, Redding Resource Area Manager; DEPARTMENT OF THE INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>　　　　　Defendants. | No. CIV-S-04-2583 LKK CMK<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

　　　　Plaintiffs and Defendants pursuant to Fed. R. Civ. P. 16(b) and Local Rule 83-143 hereby stipulate to an Order to modify the briefing schedule for cross motions for summary judgment as follows:

| | |
|---|---|
| Plaintiffs Opening Brief | September 12, 2005 |
| Defendants' Combined Opposition Brief and Opening Brief | October 11, 2005 |
| Plaintiffs' Combined Opposition and Reply Brief | October 20, 2005 |

1

1  In support of this Stipulation showing good cause, the parties through Counsel
2  advise the Court of the following:
3  This stipulation would not change the hearing date of November 7, 2005, at 10:00
4  a.m. in Courtroom 4, set by Order of this Court on July 21, 2005.  This stipulation also
5  would not change the dates for briefing established by the same Order.  The only change
6  effected by this new schedule would be to change the briefing from concurrent to
7  sequential.  The stipulated change would allow the parties to focus on the challenges to
8  the agency action actually pursued by Plaintiffs and would eliminate unnecessary briefing
9  of issues by the agency in a separate, concurrent summary judgment motion, that are not
10 actually the focus of Plaintiffs' challenges, as reflected and guided by what Plaintiffs will
11 actually assert in their Opening Brief.  The change would lead to one less brief and also to
12 shorter briefs, focused solely on the issues actually pursued and as articulated by plaintiffs
13 following their review of the Administrative Record (which Record was lodged May 4,
14 2005, and supplemented June 22, 2005).

15                                         Respectfully submitted,
16 Dated: August 22, 2005               McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY
17
18                              By:    /s/ E. Robert Wright
                                       E. ROBERT WRIGHT
19                                     Assistant United States Attorney
20
21 Dated: August 22, 2005                /s/ William H. Sherlock
                                        William H. Sherlock
22                                      Hutchinson, Cox, Coons, DuPriest,
                                        Orr and Sherlock, P.C.
23
24 DATED: August 25, 2005.
25 **IT IS SO ORDERED**
26
                                        /s/Lawrence K. Karlton
27                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
28                                      UNITED STATES DISTRICT COURT