UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SODA MOUNTAIN WILDERNESS COUNCIL,

        Plaintiff,

    v.

GAIL NORTON, et al.,

        Defendants.
_____/

NO. CIV. S-04-2583 LKK/CMK

O R D E R

    Local Rule 56-260(a) requires that each motion for summary judgment be accompanied by a statement of undisputed facts which "shall enumerate discretely each of the specific material facts relied upon in support of the motion." The plaintiff's Statement of Undisputed Facts which was submitted on September 12, 2005 fails to do this. Accordingly, plaintiffs are directed to RESUBMIT the statement of undisputed facts in the manner required by the local rules. Each individual fact should be separately enumerated and

////

1 the appropriate citation should be provided.[1]

2     Plaintiffs shall re-file the separate statement of undisputed
3 facts by October 4, 2005.
4     IT IS SO ORDERED.
5     DATED:  September 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs should contact the chambers of the undersigned if any additional clarification is needed.

2