UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SODA MOUNTAIN WILDERNESS COUNCIL,

        Plaintiff,

   v.

GAIL NORTON, et al.,

        Defendants.
_____/

NO. CIV. S-04-2583 LKK/CMK

O R D E R

    In order to have time to sufficiently prepare for hearing on the cross-motions for summary judgment, the hearing date is CONTINUED to December 2, 2005 at 10:00 a.m. in Courtroom No. 4. The previous briefing schedule remains.

    IT IS SO ORDERED.

    DATED: October 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT