UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SODA MOUNTAIN WILDERNESS
COUNCIL,

        NO. CIV. S-04-2583 LKK/CMK

    Plaintiff,

 v.                               O R D E R

GAIL NORTON, et al.,

    Defendants.
_____/

    A hearing was held on December 2, 2005 on the parties' cross-motions for summary judgment. At that time the court expressed concern about whether the plaintiffs have standing to bring the present action. The parties agreed to submit supplemental briefing on the following issues:

    (1) What is the procedure which the Bureau of Land Management must follow if it wishes to purchase private land?

    (2) Are land exchanges possible in lieu of an outright purchase, and if so, what are the procedures required for such an

1

action and may the Bureau initiate the exchange themselves?

(3) What level of showing is needed to demonstrate an injury-in-fact to meet the Article III standing requirements? Is the allegation of a procedural injury sufficient on its own to grant standing?

The court hereby ORDERS supplemental briefing on the above noted questions according to the following schedule:

1. Defendants shall submit their brief by December 23, 2005; and

2. Plaintiffs shall respond by January 20, 2006.

The court will set the matter for further argument only if it appears necessary.

IT IS SO ORDERED.

DATED: December 5, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2